# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RODNEY WANNER

VERSUS

EXXON MOBIL CORPORATION,
EXXONMOBIL GLOBAL SERVICES
COMPANY, EXXONMOBIL CHEMICAL
COMPANY, EXXONMOBIL RESEARCH
& ENGINEERING COMPANY, BROCK
INDUSTRIAL SERVICES LLC,
TOTAL SAFETY U.S., INC.,
UNITED RENTALS (NORTH
AMERICA), INC., FLOWSERVE US
INC. AND JONATHON ZACHARY

NO.   2019 CW 1316

**OCTOBER 18, 2019**

---

In Re:   Brock Services, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 658372.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                     **TMH**
                     **AHP**
                     **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT